## INDEX OF EXHIBITS

Testimony of Stanford Thompson in *Smentek v. Sheriff of Cook County*, No. 09 C 529, June 5, 2014 ............................................... 1

Health Service Request Form, August 31, 2013 ............................................. 2

Cermak Health Services Policy E-07 ................................................................. 3

Deposition of Cynthia Kienlen, June 4, 2015 ....................................................4

Testimony of Jesus Estrada in *Smentek v. Sheriff of Cook County*, No. 09 C 529, June 10, 2014 ........................................................ 5

Deposition of Chidima Onyeachonam, February 6, 2015 ............................... 6

Excerpts of Monitor Esmail Porsa's Report No. 8, May 2014, filed as ECF No. 255 in *United States v. Cook County*, 10-cv-2946 ..................................................................................................... 7

Electronic Medical Records ............................................................................... 8

Search Results from data.cookcountyil.gov ..................................................... 9

Search Results from data.cookcountyil.gov ................................................... 10

Email from Jorelle Alexander, September 10, 2013 ....................................... 11

Deposition of Brenda Taylor, February 6, 2015 ............................................. 12